# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MARY SUE MARIONEAUX, THE
LELA MAE JOHNSON MARIONEAUX
TRUST, F/B/O MARY SUE
MARIONEAUX

VERSUS

LUCIEN HARRY MARIONEAUX,
SR., INDIVIDUALLY AND AS
FORMER TRUSTEE OF THE LELA
MAE JOHNSON MARIONEAUX
TRUST, LUCIEN HARRY
MARIONEAUX, JR., MARIONEAUX
PROPERTIES, L.P., HBM
INTERESTS, L.L.C., EIGHTY
ACRES, L.L.C., AND WALLACE
LAKE MARIONEAUX, L.L.C.

NO.   2020 CW 1099

**NOVEMBER 9, 2020**

---

In Re:   Succession of Lucien H. Marioneaux, Sr., Lucien H.
         Marioneaux, Jr., Marioneaux Properties, L.P., HBM
         Interests, LLC, and Wallace Lake Marioneaux, LLC,
         applying for supervisory writs, 1st Judicial District
         Court, Parish of Caddo, No. 588685.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT GRANTED.** The trial court's October 29, 2020 order is
vacated, and the October 27, 2020 order is reinstated. The
defendants shall post the security required by the October 27,
2020 order within five days from this order. A trial court
retains jurisdiction to consider objections to the form,
substance and sufficiency of the appeal bond and permit the
curing thereof. La. Code Civ. P. art. 2088. Any person in
interest wishing to test the sufficiency, solvency of the
surety, or validity of a bond furnished as security in a
judicial proceeding shall rule the party furnishing the bond
into the trial court in which the proceeding was brought to show
cause why the bond should not be decreed insufficient or
invalid, and why the order, judgment, writ, mandate, or process
conditioned on the furnishing of security should not be set
aside or dissolved. La. Code Civ. P. art. 5123.

                              **JMM**
                              **GH**
                              **AHP**


COURT OF APPEAL, FIRST CIRCUIT


DEPUTY CLERK OF COURT
FOR THE COURT